# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: SA CV 18-1282-FMO (PLA)     Date: August 29, 2018

Title: Robert Arthur Bayless v. Nancy a. Berryhill, Acting Commissioner of Social Security

---

PRESENT: THE HONORABLE PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**
NONE

**PROCEEDINGS: (IN CHAMBERS)**

Pursuant to this Court's Order of July 25, 2018, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order within thirty (30) days after the date of the Order, i.e., by August 24, 2018. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than September 5, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before September 5, 2018, shall be deemed compliance with this Order to Show Cause.

cc: Robert Arthur Bayless, Pro Se
AUSA - Office of the US Attorney

Initials of Deputy Clerk   ch